IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,                              No. 2:08-cv–01973-MCE-KJM P

    Plaintiff,

  vs.                                          <u>ORDER</u>

BEATRICE CLARK,

    Defendant.

_____/

      Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On December 8, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed December 8, 2008, are adopted in full; and

2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

Dated: January 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE